# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2014

### NO. 03-14-00085-CV

**Wayne Johnson, Appellant**

**v.**

**Texas Parks and Wildlife Department, Appellee**

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the interlocutory order signed by the trial court on January 30, 2014. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.